

District Judge Thomas S. Zilly

08-CV-01409-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILAN KENIG,<br><br>              Plaintiff,<br><br>          v.<br><br>MICHAEL MUKASEY, *et al.*,,<br><br>              Defendants. | NO. C08-1409-TSZ<br><br>**STIPULATED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, by and through his attorney, Daniel-Fagan-Smith, and Defendants, by and through their attorney of record, Sherease Pratt, hereby stipulate to dismissal of the above-titled action with prejudice.

The parties stipulate that:

1) Plaintiff was re-interviewed on his N-400 naturalization application by USCIS on Thursday March 5, 2009. At that time, in response to Defendants' request for additional information, Plaintiff submitted a large volume of documents.

2) After re-interviewing Plaintiff, and reviewing his submissions, USCIS adjudicated his N-400 naturalization application, deciding to grant the application.

3) *Plaintiff took the oath of allegiance to the United States on March 24, 2009, at* 2:00p.m., at the United States Department of Homeland Security, Citizenship and

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063

Immigration Service, 12500 Tukwila International Blvd., Seattle, Washington 98168-2506.

4) As a result, the above-captioned action is rendered moot. Accordingly, Plaintiff and Defendant agree to dismiss the above-captioned action with prejudice.

5) Plaintiff will not seek attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, associated with the above-captioned matter. Each party will bear its own fees and costs.

Respectfully submitted,

DATED: April 1, 2009.

DATED: April 1, 2009.

MILLAR FAGAN-SMITH, PLLC
Attorney for Plaintiff

/s/ Daniel Fagan-Smith
DANIEL FAGAN-SMITH
WSBA# 30521
Millar Fagan-Smith, PLLC
13000 Linden Ave. N., Ste. 109
Seattle, WA 98133
(206) 262-0561 (telephone)
(206) 262-0562 (facsimile)
dan@usborderlaw.com

MICHAEL F. HERTZ
Acting Assistant Attorney General

ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation
District Court Section

/s/ Sherease Pratt
SHEREASE PRATT
Conditionally admitted in the W.D. Wash.
Trial Attorney
United States Department of Justice
Civil Division, Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-0063
Facsimile: (202) 616-8962
Email: Sherease.Pratt@usdoj.gov
Attorneys for Defendants

STIPULATION FOR DISMISSAL
(C-08-1409-TSZ-2)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063

# ORDER

Pursuant to the stipulation, **IT IS SO ORDERED.**

DATED this 6 day of April, 2009.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| DATED: April 1, 2009. | DATED: April 1, 2009. |
| MILLAR FAGAN-SMITH, PLLC | MICHAEL F. HERTZ<br>Acting Assistant Attorney General |
| /s/ Daniel Fagan-Smith<br>DANIEL FAGAN-SMITH<br>WSBA# 30521<br>Millar Fagan-Smith, PLLC<br>13000 Linden Ave. N., Ste. 109<br>Seattle, WA 98133<br>(206) 262-0561 (telephone)<br>(206) 262-0562 (facsimile)<br>dan@usborderlaw.com | ELIZABETH J. STEVENS<br>Assistant Director<br>Office of Immigration Litigation<br>District Court Section<br><br>/s/ Sherease Pratt<br>SHEREASE PRATT<br>Conditionally admitted in the W.D. Wash.<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Office of Immigration<br>Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 616-0063<br>Facsimile: (202) 616-8962<br>Email: Sherease.Pratt@usdoj.gov |
| Attorney for Plaintiff | Attorneys for Defendants |

STIPULATION FOR DISMISSAL
(C-08-1409-TSZ-3)

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0063